**In the Matter of the Care and Treatment of William PUGH, a/k/a William E. Pugh, a/k/a William Eugene Pugh, a/k/a Bill Pugh, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74704.**

Missouri Court of Appeals, Western District.

April 30, 2013.

Erika R. Eliason, Columbia, MO, for appellant.

Timothy A. Blackwell, Jefferson City, MO, for respondent.

Before Division One: GARY D. WITT, Presiding Judge, THOMAS H. NEWTON, Judge and MARK D. PFEIFFER, Judge.

## ORDER

PER CURIAM:

William Pugh appeals from a judgment of the probate division of the Circuit Court that committed him to the custody of the Department of Mental Health as a sexually violent predator, based on the sufficiency of the evidence. We affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.